Exhibit 1

| | | |
|---|---|---|
| **LEROY EDMONDS**<br>706 W. 6th Street, Apt. B<br>Chester, PA 19013<br>**Plaintiff** | *<br><br>*<br><br>* | IN THE<br><br>CIRCUIT COURT<br><br>OF MARYLAND |
| vs. | * | FOR |
| **LIDL US, LLC**<br>3500 S. Clark Street<br>Arlington, VA 22202<br>**Defendant** | *<br><br>* | CECIL COUNTY<br><br>CASE NO: C-07-CV-24-000411 |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## COMPLAINT

Plaintiff, Leroy Edmonds, (hereinafter, sometimes "Plaintiff") by and through his attorney, David Kline, Esq. and Zafran Law Group, sue Lidl US, LLC (hereinafter, sometimes "Defendant"), and state as follows:

### FACTS COMMON TO ALL COUNTS

1. That Plaintiff, Leroy Edmonds, is an adult resident of Delaware County, Pennsylvania.

2. That Defendant, Lidl US, LLC, is a Delaware limited liability corporation licensed to do business within the State of Maryland, including within Cecil County, and which has principal offices located at the above-captioned address.

3. That all events giving rise to this lawsuit occurred in Cecil County, Maryland.

4. That at all times relevant and material hereto, Defendant, Lidl US, LLC, owned, managed, controlled, inspected, and/or otherwise operated the distribution center located at 81 Belvidere Road, Perryville, Maryland 21903.

5. That on or about November 5, 2021, Plaintiff, Leroy Edmonds, was on the aforesaid premises owned by Defendant, Lidl US, LLC, as a licensee during the course and scope of

Plaintiff's employment for a non-party to this suit when Plaintiff, Leroy Edmonds, was caused to slip and fall on a large shipping bag which was left on the floor of a shipping/loading dock in an area which would present a slipping hazard for individuals in the position of Plaintiff, Leroy Edmonds. (A true and correct photograph of said bag is attached hereto as Exhibit "A").

6. That Defendant, Lidl US, LLC, owed a duty to Plaintiff, Leroy Edmonds, to maintain its premises in a reasonably safe manner for all business invitees and/or employees upon the premises.

7. That at all times relevant and material hereto, Defendant, Lidl US, LLC, had actual and/or constructive notice of the aforesaid dangerous condition on the floor of its premises and failed to undertake any action to repair, remedy, remediate, and/or warn Plaintiff, Leroy Edmonds, of the aforesaid dangerous and/or substandard condition, resulting in serious and permanent injuries to Plaintiff, Leroy Edmonds.

8. That as a proximate result of the negligence of Defendant, Lidl US, LLC, Plaintiff, Leroy Edmonds, was caused to be seriously and painfully injured; to undergo medical care and treatment; to incur medical expenses; and to lose time from his daily pursuits.

9. That at all times relevant and material hereto, Plaintiff, Leroy Edmonds, was acting in a careful and prudent manner.

## COUNT I

**(Negligence – Plaintiff, Leroy Edmonds v. Defendant, Lidl US, LLC)**

10. Plaintiff, Leroy Edmonds, adopts by reference the allegations contained in paragraphs 1 through 9 of this Complaint with the same effect as if herein fully set forth.

11. As a direct and proximate results of the negligence of Defendant, Lidl US, LLC, Plaintiff, Leroy Edmonds, was caused to suffer and sustain serious and painful injuries including

a displaced fracture of the lateral malleolus of the right fibula requiring corrective surgery, as well as other ills and injuries; undergo medical care and incur medical expenses; lose time and wages from his employment, and to lose time from her daily pursuits.

12. All of Plaintiff's injuries, losses and damages, past, present and prospective, are due solely to and by reason of the negligence, carelessness and recklessness of Defendant, Lidl US, LLC, with no fault, culpability, or negligence to any degree on the part of Plaintiff, Leroy Edmonds.

13. At all times relevant and material hereto, Plaintiff, Leroy Edmonds, was acting in a careful and prudent manner and was not contributorily negligent.

**WHEREFORE**, this suit is brought and Plaintiff, Leroy Edmonds, demands judgment against Defendant, Lidl US, LLC, for compensatory damages in excess of Thirty Thousand Dollars ($30,000.00) but not in excess of Seventy-Five Thousand Dollars ($75,000.00).

Respectfully submitted,

David Kline, Esq.

*Attorney for Plaintiff*
1500 Walnut Street, Suite 500
dkline@zafranlaw.com
Philadelphia, Pennsylvania 19102
215-587-0038
Atty. ID: 9106200148

**MARYLAND RULE 20-201(f)(1)(B) CERTIFICATE**

Undersigned counsel herein certifies that the submission does not contain restricted information or, if it does contain restricted information, a redacted submission has been filed contemporaneously pursuant to (f)(2) of this Rule.

_____
David Kline, Esq.

*Attorney for Plaintiff*
1500 Walnut Street, Suite 500
dkline@zafranlaw.com
Philadelphia, Pennsylvania 19102
215-587-0038
Atty. ID: 9106200148

**ZAFRAN LAW GROUP**
By: David B. Kline, Esquire
Attorney ID 9106200148
1500 Walnut Street, Suite 500
Philadelphia, PA 19102
Phone: (215) 587-0038
dkline@zafranlaw.com

| | | |
|---|---|---|
| LEROY EDMONDS | : | |
|     *Plaintiff* | : | IN THE CIRCUIT COURT OF |
| | : | CECIL COUNTY, MARYLAND |
| | : | |
|   v. | : | |
| | : | |
| | : | |
| LIDL US, LLC` | : | |
|     *Defendant* | : | C-07-CV-24-000411 |

## **STIPULATION**

**AND NOW, This          day of                  , 2024, it is hereby Stipulated and Agreed that the Ad Damnum Clause for the Complaint filed in the above matter be amended to reflect a demand in excess of Seventy Five Thousand ($75,000.00) Dollars.**

*David B. Kline*                                   *Jessica P. Butkera*

**Zafran Law Group**                          **Cipriani & Werner, P.C.**

**By:David B. Kline, Esquire**            **By: Jessica P. Butkera, Esquire**

**ID #   9106200148**                            **0712110116**

1500 Walnut Street, Fifth Floor          6411 Ivy Lane, Suite 600

Philadelphia, PA 19102                       Greenbelt, MD 20770

dkline@zafranlaw.com                         jbutkera@c-wlaw.com